IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE STEPHENS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-00562-D |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

The Parties have reached a settlement in this case.  The Parties anticipate that they will finalize the settlement in the next 30 days, and that they will submit a Joint Stipulation of Dismissal With Prejudice by November 3, 2016, or as otherwise directed by the Court.  Due to the settlement of the case, the parties ask that the action, including any upcoming deadlines, be abated, to ensure adequate time for the parties to sign releases.

Respectfully submitted,

/s/Eric K. Bowers
Roger D. Higgins
State Bar No. 09601500
Eric K. Bowers
State Bar No. 24045538

Thompson, Coe, Cousins & Irons, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

On October 4, 2016, a true and correct copy of the foregoing pleading was delivered to the following counsel of record in accordance with the Federal Rules of Civil Procedure.
.
David A. Christoffel
ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas, 77058
Telephone:  (281) 532-5529
Facsimile:  (281) 402-3534
Email:  David@simplyjustice.com

**ATTORNEY FOR PLAINTIFF**

Eric K. Bowers

2560454v1
03646.019