IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE STEPHENS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-00562-D |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Valerie Stephens and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.**

*/s/ David A. Christoffel (*w/permission)
David A. Christoffel
State Bar No. 24065044
ARGUELLO, HOPE & ASSOCIATES, P.L.L.C.
1110 Nasa Parkway, Suite 620
Houston, Texas, 77058
Telephone:  (281) 532-5529
Facsimile:  (281) 402-3534
Email:  David@simplyjustice.com

**ATTORNEY FOR PLAINTIFF**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Eric K. Bowers*_____
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 4th day of October, 2016.

*/s/ David A/ Christoffel* (w/permission)
David A. Christoffel